# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:12-CR-0167-01** |
| **v.** | : | **(Chief Judge Conner)** |
| **RENARD DURANT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 17th day of December, 2018, following a hearing on the petition (Docs. 277) for revocation of supervised release concerning defendant Renard Durant, which was held on this date and wherein the court found that the defendant did violate the terms of supervision, it is hereby ORDERED that the defendant's current term of supervised release, as set forth in the original judgment (Doc. 194) of this court, dated October 21, 2013, is hereby EXTENDED by an additional term of four (4) months. It is further ORDERED that defendant's conditions of supervised release are MODIFIED to include the following additional conditions of supervision:

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program, which could include an evaluation and completion of any recommended treatment.; and

2. You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania