# UNITED STATES DISTRICT COURT
## Middle District of Pennsylvania

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RENARD DURANT | |

Case No. 4:12-CR-0167-01
USM No. 70698-067

Ari D. Weitzman, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __Statutory, Standard 3 & 7__ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Statutory | The defendant shall not commit another federal, state or local crime. | 04/02/2018 |
| | (See Page 2 for additional violations) | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7368

Defendant's Year of Birth: 1986

City and State of Defendant's Residence:
Berwick, Pennsylvania

08/19/2019
_____
Date of Imposition of Judgment

S/ Christopher C. Conner
_____
Signature of Judge

CHRISTOPHER C. CONNER, CHIEF JUDGE
_____
Name and Title of Judge

08/20/2019
_____
Date

DEFENDANT: RENARD DURANT
CASE NUMBER: 4:12-CR-0167-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Statutory | The defendant shall refrain from any unlawful use of a controlled substance. | 08/11/2019 |
| Standard #3 | The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | 08/13/2019 |
| Standard #7 | The defendant shalll refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or adminster any controlled substance or any paraphernalia related to such controlled substances, except as prescribed by a physician. | 08/13/2019 |

DEFENDANT: RENARD DURANT
CASE NUMBER: 4:12-CR-0167-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Seven (7) Months.

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that FCC Allenwood (White Deer, PA) or a facility as close as possible to Berwick, PA, be designated as the place of confinement.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on  09/26/2019 .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL